USDC KYWD - Notice On Summons (Rev. 8/07)

# United States District Court
# Western District of Kentucky
# at Owensboro

### *NOTICE ON SUMMONS*

| | |
|---|---|
| **TO:** | Jane Doe 1-2 |
| **CASE #:** | 4:21-cv-00093-JHM |
| **STYLE OF CASE:** | Doe 1-2 v. Webster County, Kentucky et al |
| **DOCUMENT TITLE:** | Complaint |
| **DATE:** | 9/14/2021 |
| **BY:** | Daniel Tierney<br>*DEPUTY CLERK* |

**No Summonses were tendered with your document.**

**TENDERING SUMMONS WITH THE COURT**

If you are tendering summons to the Court separately from your complaint, tendered amended complaint, or third party complaint, you will need to do so by preparing/filing a ***Notice of Filing Tendered Summons*** with the Court, complete with certificate of service. Issued summons will be returned electronically via email. It is also necessary to inform the Court within your notice if you intend to serve your summons through the Secretary of State.

When filing your notice within ECF, please select the event ***Notice(Other)***, located under Notices. The Notice of Filing should be the main document and all summons should be made as attachments. The ECF system will allow you the opportunity to link the notice back to any previous filing. Please link your notice of filing to the complaint, tendered amended complaint, or third party complaint to which your summons relates.