UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:21-CV-00093-JHM

TANISHA WILLIAMS, *et al*.  PLAINTIFFS

V.

ARTHUR DALE COLLINS, *et al*.  DEFENDANTS

### NOTICE OF SERVICE

Comes the Defendant, Arthur Dale Collins, individually and in his official capacity, by and through counsel, and hereby gives notice that Defendant Arthur Dale Collins' Rule 26(A)(1) Initial Disclosures were served upon counsel of record on May 2, 2022.

Respectfully submitted,

/s/ Carol S. Petitt
Carol S. Petitt
Matthew J. Kinney
VAUGHN PETITT LEGAL GROUP PLLC
7500 West Highway 146
Pewee Valley, Kentucky 40056
(502) 243-9797
cpetitt@vplegalgroup.com
mkinney@vplegalgroup.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was this 2nd day of May, 2022 served via U.S. Mail and/or electronic mail and/or electronically through the CM/ECF filing system upon the following:

Jacqueline Greene
Alphonse A. Gerhardstein
GERHARDSTEIN & BRANCH CO. LPA
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
(513) 572-4200
COUNSEL FOR PLAINTIFF

J. Christopher Hopgood
DORSEY, GRAY, NORMENT, & HOPGOOD
318 Second Street
Henderson, Kentucky 42420
(270) 826-3965
COUNSEL FOR DEFENDANTS
JENNIFER REYNOLDS,
TABITHA WILLIS, AND
MORGAN MCKINLEY

Larry D. Simon
LARRY SIMON LAW OFFICE
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202
(502) 589-4566
COUNSEL FOR PLAINTIFF

Stacey M. Blankenship
Kristen N. Worak
KEULER, KELLY, HUTCHINS, BLANKENSHIP, & SIGLER, LLP
100 South Fourth Street, Suite 400
Paducah, Kentucky 42001
(270) 448-8888
COUNSEL FOR DEFENDANT
WEBSTER COUNTY, KY


/s/ Carol Schureck Petitt
VAUGHN PETITT LEGAL GROUP PLLC